**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YAROSLAV SURIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CRUTCHFIELD NEW MEDIA, L.L.C. d/b/a CRUTCHFIELD,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civ. Action No. 1:22-cv-06961-NRM-RML<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## <u>NOTICE OF APPEARANCE OF RICHARD S. MANDARO</u>

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for the Defendant Crutchfield New Media, LLC d/b/a Crutchfield.  I certify that I am admitted to practice in this Court.

Dated: December 19, 2022             Respectfully submitted,
       New York, New York

By:  */s/Richard S. Mandaro*
      Richard S. Mandaro
      AMSTER, ROTHSTEIN & EBENSTEIN LLP
      90 Park Avenue
      New York, NY  10016
      E-mail: rmandaro@arelaw.com
      (212) 336-8106 (direct)
      (212) 336-8001 (facsimile)

4880-6861-8564v.1