UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Yaroslav Suris,

                          Plaintiff,                    JUDGMENT

v.                                                  22-cv-06961-NRM-RML

Crutchfield New Media, LLC,

                          Defendant.
-----------------------------------------------------------------X

        A Memorandum and Order of the Honorable Nina R. Morrison, United States District Judge, having been filed on June 2, 2023, granting the motion to dismiss the Complaint under Rule 12(b)(1); granting Plaintiff leave to file an amended complaint within 15 days; and an Order having been filed on June 23, 2023, directing the Clerk of Court to enter judgment and close this case; it is

        ORDERED and ADJUDGED that the motion to dismiss the Complaint under Rule 12(b)(1) is granted; and that this case is closed.

Dated: Brooklyn, New York                              Brenna B. Mahoney
          June 26, 2023                                      Clerk of Court

                                                          By:    */s/Jalitza Poveda*
                                                                  Deputy Clerk